## <u>Attachment A</u>

### Description of Devices to be Searched

The **Subject Devices**, which are currently secured with the Kalamazoo Department of Public Safety:

   a.   **Subject Device 1**: black Hot Pepper, model HPPL62A flip-phone, IMEI 358371951776890, with no case.

   b.   **Subject Device 2**: black iPhone 14, unknown model, unknown IMEI, with no case.

   c.   **Subject Device 3**: black iPhone 14 Plus, unknown model, unknown IMEI, with no case.

1