## Attachment B
## Information and Evidence to be Seized

Based on the foregoing it appears that there is probable cause to seize evidence of possession with intent to distribute controlled substances, in violation of 21 U.S.C § 841(a)(1), from the foregoing locations contained in the **Subject Devices**:

1. Lists, ledgers, spreadsheets, or similar files documenting drug transactions and/or identifying individuals involved in those transactions;

2. Contact lists;

3. Toll records documenting incoming and outgoing phone calls, text messages, and electronic mail;

4. Electronic communications including electronic mail, MMS and SMS text messages, communications through social media networks such as Facebook, Instagram, Twitter, or their equivalent, relating to drug trafficking;

5. Digital photographs or video files depicting firearms, drugs, currency, buildings or conveyances used or which could be used to facilitate drug trafficking;

6. Audio files including voicemail messages or "chats" relating to drug trafficking;

7. Bank records including checks, deposit slips, account statements, wire transfer documentation, documentation of electronic money transmissions through money transfer businesses to include Western Union and MoneyGram, and credit card account statements;

8. Global Positioning System (GPS) data indicating the location of the respective **Subject Devices** at given points in time;

9. Evidence of user attribution showing who used or owned the respective **Subject Devices** at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history; and

10. Records and things evidencing the use of the Internet, including: records of Internet Protocol addresses used; and records of Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.